# CASE ANNOUNCEMENTS

*July 16, 2010*

[Cite as *07/16/2010 Case Announcements*, 2010-Ohio-3323.]

## MOTION AND PROCEDURAL RULINGS

**2010–1224. In re T.R.**
Summit App. Nos. 25179 and 25213, 2010-Ohio-2431. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon review of the appeal, it appears that the case involves the termination of parental rights/adoption. Accordingly,
It is ordered by the court, sua sponte, that this case shall proceed according to the Rules of Practice of the Supreme Court of Ohio that pertain to the termination of parental rights or adoption of a minor child. Appellee's memorandum in response shall be filed no later than 20 days from the date of this entry.

## MEDIATION REFERRALS

The following cases have been returned to the regular docket pursuant to S.Ct.Prac.R. 17.1(E):

**2010–0674. State ex rel. Fairfield City Schools v. Indus. Comm.**
Franklin App. No. 09AP–271, 2010-Ohio-871.

**2010–0734. State ex rel. Donohoe v. Indus. Comm.**
Franklin App. No. 08AP–201, 2010-Ohio-1317.

# CASE ANNOUNCEMENTS

*July 19, 2010*

[Cite as *07/19/2010 Case Announcements*, 2010-Ohio-3347.]

## RECONSIDERATION OF PRIOR DECISIONS

**2010–0983. Lyndhurst v. Di Fiore.**
Cuyahoga App. No. 93270, 2010-Ohio-1578. On motion for reconsideration. Motion granted, and appeal is reinstated for consideration of the jurisdictional memoranda by the court.

# CASE ANNOUNCEMENTS

*July 20, 2010*

[Cite as *07/20/2010 Case Announcements*, 2010-Ohio-3372.]